FILED: February 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1058 (L)
(1:20-cv-02234-SAG)

_____

WILLIAM T. LYONS, Individually and on Behalf of Others Similarly Situated

 Plaintiff - Appellee

v.

PNC BANK, National Association

 Defendant - Appellant

------------------------------

CONSUMER FINANCIAL PROTECTION BUREAU

 Amicus Curiae

_____

No. 21-1289
(1:20-cv-02234-SAG)

_____

WILLIAM T. LYONS, Individually and on Behalf of Others Similarly Situated

 Plaintiff - Appellant

v.

PNC BANK, National Association

  Defendant - Appellee

------------------------------

CONSUMER FINANCIAL PROTECTION BUREAU

  Amicus Curiae

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ PATRICIA S. CONNOR, CLERK</u>