**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| William T. Lyons | * |
|     Plaintiff, | |
| | * |
| v. | Civil Case No. SAG-20-2234 |
| | * |
| PNC Bank, National Association | |
|     Defendant. | * |
| | * * * * * |

## **ORDER**

On August 2, 2022, this Court granted Plaintiff fourteen days to file a motion seeking leave to amend his complaint. ECF 60. Plaintiff has not filed a motion for leave to amend his complaint, and the time for doing so has now expired. Therefore, it is this 18th day of August, 2022, by the United States District Court for the District of Maryland, HEREBY ORDERED that the order of dismissal without prejudice, ECF 60, is converted to a dismissal with prejudice, and the Clerk is directed to CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge